[No. 40395-1-II. Division Two. December 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA NADINE DUMDIE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00285-1, George L. Wood, J., entered February 25, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 40723-0-II. Division Two. December 29, 2011.]

*In the Matter of the Detention of* GARY ALLEN SHAW.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-13962-9, James R. Orlando, J., entered May 14, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Van Deren, JJ.

[No. 29392-1-III. Division Three. December 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MAYA MICHELLE CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00578-2, Evan E. Sperline, J., entered March 2, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J. Now published at 166 Wn. App. 464.

[No. 64892-6-I. Division One. January 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMINO ORION GAHAGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00092-6, Ellen J. Fair, J., entered January 12, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, J.; Dwyer, C.J., dissenting in part.